**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER TO STAY CASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald A. Swanson; Catherine J. Swanson; L. Duane Berg, et al.; | ) ) | Case No. 4:06-cv-18 |
| | ) | |
| Defendants. | ) | |

Before the Court is the Plaintiff's "Motion to Stay Case" filed on November 28, 2007, with an attached "Stipulation." The Defendants have acknowledged that the United States is entitled to the relief sought in the Complaint and the Motion for Summary Judgment. The Defendants expect to repay their debt to the Farm Service Agency (FSA) on or before December 14, 2007.

Accordingly, the Court **STAYS** the action until and through December 14, 2007, and **ADOPTS** the Stipulation (Docket No. 26) in its entirety.

Dated this 28th day of November, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court