UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:06-cv-018 |
| Donald A. Swanson; Catherine J. Swanson; Grant Archer as Conservator of the Estate of Thelma N. Swanson; the Estate of Thelma N. Swanson; all persons unknown claiming any estate or interest in, or lien or encumbrance upon the real estate described in the complaint; American State Bank and Trust Company; L. Duane Berg; and DCI Credit Services, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

Before the Court is a Stipulation of Dismissal filed on December 7, 2007, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties have informed the Court that the debt obligation to Farm Service Agency has been repaid. Defendants Donald A. Swanson and Catherine J Swanson, and L. Duane Berg are the only defendants who have appeared in the above-entitled case. The Court **ADOPTS** the parties' "Stipulation of Dismissal" (Docket No. 29) and **ORDERS** that the case be dismissed in its entirety with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 7th day of December, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court